FORM FOR USE IN APPLICATIONS

FOR MOTIONS UNDER 28 U.S.C. § 2241

Name: Clifton Thompson Bey @TM     10-cv-975

Prison Number: ID#. 02330000

Place of Confinement: FCI Schuylkill, P.O. Box#. 759, Minersville, Pa, 17954-0759

United States District Court District
For the Middle District of Pennsylvania

Case No. _____
(To be supplied by Clerk of U.S. District Court)

T. R. Sniezek, WARDEN,
Respondent, ET, AL.

v.

Clifton Thompson Bey @TM
(Full name of movant)

**FILED**
**SCRANTON**
MAY 0 6 2010
PER _____ /s/ _____
DEPUTY CLERK

(If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

# MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. District Court.**

2. Date of judgment of conviction _Oct. 17, 2006_

3. Length of sentence _four (4) years_

   _____ Sentencing Judge

4. Nature of offense or offenses for which you were convicted: _Distribution of Herior_

5. What was your plea? (Check One)
   (a) Not guilty (✓)
   (b) Guilty    ( )
   (c) Nolo contendre ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:_____

6. Kind of trial: (check one)
   (a) Jury (✓)
   (b) Judge only

7. Did you testify at the trial?  Yes ( ) No (✓)

8. Did you appeal from the judgment of conviction? Yes (✓) No ( )

9. If you did appeal, answer the following:
   (a) Name of the court _D.C. Court of Appeals_
   (b) Result _Affirmed_

2

(c) Date of result _Sept. 2009_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? Yes ( ) No (✓)

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court _____
        (2) Nature of proceeding _____
           _____
        (3) Grounds raised _____
           _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ( ) No ( )

        (5) Result _____
        (6) Date of result_____
    (b) As to any second petition, application or motion, give the same information:

        (1) Name of court _____
        (2) Nature of proceeding _____
           _____
        (3) Grounds raised _____
           _____
           _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ( ) No ( )

        (5) Result _____

        (6) Date of result_____

    (c) As to any third petition, application or motion, give the same information:

        (1) Name of court _____

(2) Nature of proceeding _Disciplinary Report #1897664_
_DHO officer K. Brittenbender 8/25/09 decision_

(3) Grounds raised _____
_____
_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ( ) No ( )

(5) Result _____

(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.       Yes (✓) No ( )
(2) Second petition, etc.  Yes (✓) No ( )
(3) Third petition, etc.    Yes (✓) No ( )

(e) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
_____
_____
_____

12. State **concisely** every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

This "action extents from a disciplinary Report #1897664, and Appeal to the Regional office #555733-R1" to the Central office and now to the Honorable Court for review and consideration of ~~~~~~ the loss ~~~~~~ and the privileges back.
DHO violations of due process clouse's and prodedual defects ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~ IN # 3B, cell # 211, the mis-informat on caused the violations of Mr. Thompson Bey's due process rights. and this Honorable Court should determine the facts and grant Mr. Thompson Bey, relief, and this writer is: Indigent

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, <u>you should raise in this motion all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

- (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
- (b) Conviction obtained by use of coerced confession.
- (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
- (e) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- (f) Conviction obtained by a violation of the protection against double jeopardy.
- (g) Conviction obtained by a violation of the protection against double jeopardy.
- (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
- (i) Denial of effective assistance of counsel.

- (j) Denial of right of appeal.
  NOTE: If Movant asserts denial of effective assistance Of counsel (ground "I"), he **must** describe with particularly the factual basis for his claim (e.g. **lawyer failed to raise insanity defense**), **and** he must describe the prejudice allegedly suffered as a result of the denial of effective assistance of counsel (e.g., convicted of crime that Movant lacked the mental capacity to commit).

5

A. Ground One: The DHO officer, K. Bittenbender on Aug. 25, 2009 violated numourless Constitutional Rights and equal protection process.

Supporting FACTS (tell your story briefly without citing cases or law): The D.H.O. Bittenbender violated this writer's rights under the fifth (5) and (14) fourteenth amendment of the U.S. Constitution according to: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ when the facts finding procedures employed wasn't supported by any physical evidence. The only evidence used to adjudicate this write was a memorandum given to $1S from the person whom committed the act, also an injury assessment report that indicated that the other person involved in the altercation which which had and was treated for injuries ▓▓▓▓▓▓▓▓▓▓▓ had no participated in the incident and the D.H.O. Bittenbender didn't take any of this into consideration nor was the ▓▓▓▓▓. It wasn't sufficient enough evidence to warrant a finding of guilt.

B. Ground Two: D.H.O. officer. Sanctions was excessive + harsh when

Supporting FACTS (tell your story briefly without citing cases or law): imposing punishment for alleged altercation. The sanctions are as follows: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

C. Ground Three: The sanctions a total of 53 days loss of good time, 30 days segregation, disciplinary transferr, a loss of

Supporting FACTS (tell your story briefly without citing cases or law): everything around the board, no factual evidence was taken into consideration by the DHO which violates Mr. Thompson Bey's "liberty interest" and is requesting that his "good time" be reinstated.

D. Ground Four: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Supporting FACTS (tell your story briefly without citing cases or law): U.S. Constitution under the "Due Process" Clause. the hearing officer is using inconsistant statements that wasn't contained at the hearing to support his finding. there's no way without the (tape) of the proceedings to refute what was said and done during the hearing on Aug 25, 2009. only the fact that his version of the events which is a being un-contradicted without the recording of these proceeding. testimonie's) The statement (waived staff representation and witness Millard # 12288-067 and ▓▓ supported the following statement includes inmate this is clearing violates the Due process clause.

*the foregoing reasons, requesting that this Honorable Court reinstate the "Good Time" that was taken illegally, and request the* ~~[redacted]~~

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state <u>briefly</u> what grounds were not so presented, and give you reasons for not presenting them:
    _____
    _____
    _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ( ) No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____
    (b) At arraignment and plea _____
    (c) At trial _____
    (d) At sentencing _____
    (e) On appeal _____
    (f) In any post-conviction proceeding _____
    (g) On appeal from any adverse ruling in a post-conviction Proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ( ) No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( ) No ( )
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    (b) And give date and length of sentence to be served in future: _____

7

*Disciplinary Action and Appeal.*

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )  No ( )

Wherefore, movant prays that the court grant him all relief to which he may be entitled in this proceeding. *and to proceed in this matter, because he is indigent and he makes $10.00 a month and must care for his health needs with that money.*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  4/26/10
           (Date)

                              Begarry
                       Signature of Movant
                       C. Thompson Begarry

*I, declare that I have no money at all, and the Counselor have Signed with her mark and seal.*

NAME _____ TITLE _____

AUTHORIZED BY THE ACT OF JULY 7, 1955 TO
ADMINISTER OATHS (18 USC 4004).

8

## CERTIFICATE OF MAILING

I, _Clifton Thompson Bey@TMY_, under penalty of perjury, hereby certify that on this _28_ day of _April_, 20_10_, I placed an envelope containing the Original and _3rd_ copies of the following documents in the control of prison authorities by depositing the envelope in the institution mailbox designated for all outgoing inmate legal mail:

1.

2.

3.

4.

5.

6.

7.

8.

addressed to the **Clerk of Court**, _U.S. District Court_ _____, first-class postage rate.

Therefore, in accordance with the federal rules governing filing procedures and the "mailbox rule" established in Houston v. Lack, 487 U.S. 266 (1988), the foregoing documents are deemed "filed" for the purposes of this action.

Signed: _CBey@TMY_

#$1.90¢
Stamps→



Clifton Thompson Bey
#02330-000
FCI-Schuylkill, P.O. Box# 759
Minersville, Pa., 17954-0759

RECEIVED
SCRANTON

MAY 0 6 2010

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

02330-000
CLERK OF COURTS
235 North, washington AVE.
Scranton, PA - 18501
United States

7-29-01